NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CLINICOMP INTERNATIONAL, INC.,**
*Plaintiff-Appellant*

v.

**CERNER CORPORATION,**
*Defendant-Appellee*

2023-1295, 23-1574

Appeals from the United States District Court for the Southern District of California in No. 3:17-cv-02479-GPC-DEB, Judge Gonzalo P. Curiel.

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>June 5, 2023</u>
    Date                                <u>/s/ Jarrett B. Perlow</u>
                                               Jarrett B. Perlow
                                               Acting Clerk of Court

**ISSUED AS A MANDATE:** June 5, 2023